**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02499-BNB

JASON FRANCISCO AGUON,

    Plaintiff,

v.

CORONADO CROSSING APARTMENTS, and
(ETL) EVERYONE INVOLVED,

    Defendants.

---

**SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

On October 25, 2011, Plaintiff, Jason Francisco Aguon, filed a Letter verifying that he is no longer incarcerated.  Previously, Plaintiff had submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Complaint and a Motion to File Without Payment and Supporting Financial Affidavit.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   ___   is not submitted
(2)   ___   is not on proper form (must use the court's current form)
(3)   _xx_   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   _xx_   affidavit is not notarized or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or

|      |         | application |
|------|---------|-------------|
| (8)  | xx      | other: Motion is necessary only if $350.00 filing fee is not paid in advance. |

**Complaint or Petition**:
- (9) ___ is not submitted
- (10) ___ is not on proper form (must use the court's current form)
- (11) ___ is missing an original signature by the Plaintiff
- (12) ___ is incomplete
- (13) ___ uses et al. instead of listing all parties in caption
- (14) ___ names in caption do not match names in text
- (15) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
- (16) ___ other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED November 8, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge