IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02499-BNB

JASON FRANCISCO AGUON,

    Plaintiff,

v.

CORONADO CROSSING APARTMENTS, and
(ETL) EVERYONE INVOLVED,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Jason Francisco Aguon, initiated this action by filing *pro se* a Complaint. On December 19, 2011, Magistrate Judge Boyd N. Boland entered an order directing Mr. Aguon to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Mr. Aguon was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

    Mr. Aguon has failed to file an amended complaint within the time allowed and failed to respond in any way to Magistrate Judge Boland's December 19 order. Therefore, the action will be dismissed without prejudice for failure to comply with a court order.

    Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369

U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Aguon failed to comply with a court order. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  25th  day of   January  , 2012.

BY THE COURT:


 s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court